Monique Nicole WELDON, Plaintiff-Appellant,

v.

Lori NOHE, Warden; Joe Wood, Associate Warden of Security; Jim Rubenstein, Commission, WVDOC; C. J. Rider, Director of Inmate Services, WVDOC, Defendants-Appellees.

No. 16-7721

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2017

Decided: April 4, 2017

Monique Nicole Weldon, Appellant Pro Se. Cynthia Gardner, Stacy L. Nowicki-Eldridge, WEST VIRGINIA DIVISION OF CORRECTIONS, Charleston, West Virginia, for Appellees.

Before TRAXLER and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monique Nicole Weldon appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on her 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Weldon v. Nohe, No.

3:16-cv-03815, 2016 WL 7042931 (S.D. W. Va. Dec. 2, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*